# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00824-CV

**Cindy Goodman, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT NO. O4-1546-F395, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

The trial court signed its final order terminating appellant Cindy Goodman's parental rights on December 14, 2005. Appellant timely filed her notice of appeal. On January 17, 2006, the trial court signed an order denying appellant's motion for appointing appellate counsel, finding that appellant was not indigent so as to qualify for appointed counsel. The clerk's record was due on March 31, and on March 29, the district clerk's office informed this Court that it had notified appellant of the cost of the clerk's record on January 23, but that appellant had not yet made arrangements to pay for the record. On April 6, we sent notice that the record was overdue and that the appeal was in jeopardy of being dismissed for want of prosecution. On May 5, appellant's trial counsel informed the Court that he had been discharged from the case and did not know how to locate appellant. On May 11, we sent notice to appellant's last two known addresses, informing her that the record was overdue and that no arrangements had been made to pay for it. We requested that

appellant file a report explaining the status of the appeal, warning her that the appeal would be dismissed if she did not respond by May 22. To date, appellant has not responded to the notice by letter or other means. We therefore dismiss the appeal for want of prosecution on our own motion. Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed for Want of Prosecution

Filed:   June 9, 2006